**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MONIKA BUFKIN**                                                                    **PLAINTIFF**
**on behalf of H.P.**

**v.**                                                **CIVIL ACTION NO. 3:12-cv-659-CWR-FKB**

**CAROLYN W. COLVIN**                                         **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, and the Commissioner's response in opposition to the objection, finds the objection is not well taken. Substantial evidence supports the findings of the Administrative Law Judge, and the Commissioner's decision must be affirmed. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against the defendant with prejudice.

**SO ORDERED AND ADJUDGED,** this the 17th day of March, 2014.

                                                                        s/ Carlton W. Reeves
                                                                      UNITED STATES DISTRICT JUDGE